# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO B.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-02209-CJC-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, the Report and Recommendation of United States Magistrate Judge, Defendant's Objections to the Report, and Plaintiff's Response to Defendant's Objections. The Court has engaged in a *de novo* review of those portions of the Report to which Defendant has objected and to Plaintiff's Response.

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

The Court accepts the Report and adopts it as its own findings and conclusions.

DATED: September 26, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE